**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 22-91-DLB-EBA**

**JAMES ERNEST GANDY, JR.**                                              **PLAINTIFF**

v.                                                   **ORDER**

**UNITED STATES OF AMERICA**                                         **DEFENDANT**

*** *** *** ***

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Edward B. Atkins (Doc. # 111), wherein he recommends that Defendant's Motion for Summary Judgment (Doc. # 108) be granted. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 111), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court; and

(2)     Defendant's Motion for Summary Judgment (Doc. # 108) is **GRANTED.**

A Judgment in favor of the Defendant will be entered contemporaneously herewith.

This 20th day of March 2025.



Signed By:
*David L. Bunning*  DB
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2022\22-91 Order Adopting R&R.docx

2